# MARKS & KLEIN, LLP

LOUIS D. TAMBARO
louis@marksklein.com
Admitted: New Jersey
and New York

63 Riverside Avenue
Red Bank, NJ 07701
T: (732) 747-7100
F: (732) 219-0625

www.marksklein.com

June 26, 2013

**<u>VIA HAND DELIVERY</u>**

The Honorable Michael A. Shipp
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re: **7-Eleven, Inc. v. Sodhi, et al.**
           **Case No. 3:13-cv-03715-MAS-DEA**

Dear Judge Shipp:

      This undersigned and the law firm of Marks & Klein, LLP represent Defendant Karamjeet Sodhi in the above-referenced matter. Per the agreement between Counsel for the parties, the parties have temporarily resolved certain issues pertaining to the temporary restraints sought by Defendant Sodhi in the preliminary injunction application filed by this office on June 25, 2013. Per our conversation with Your Honor's Law Clerk, James, the parties are available for a hearing on the requested temporary restraints before Your Honor on Wednesday, July 3, 2013 at 2:00PM. In the interim, all parties shall endeavor to resolve the remaining open issues as to the restraints, in advance of a preliminary injunction hearing on the merits. We will update Your Honor's Law Clerk as to our progress prior to the end of business on Tuesday, July 2, 2013.

      We thank Your Honor for Your consideration in this matter.

                                        Respectfully submitted,

                                        Louis D. Tambaro

cc: All Counsel of Record (via ECF and e-mail)